O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-8259 AHM (FMOx | Date | January 19, 2011 |
|---|---|---|---|
| Title | LANDY OAKES v. WORLD SAVINGS BANK, FSB, et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE |
|---|---|

| Stephen Montes | Not Reported | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys **NOT** Present for Plaintiffs: | Attorneys **NOT** Present for Defendants: |
|---|---|

**Proceedings:**   IN CHAMBERS (No Proceedings Held)

By order dated December 22, 2010, the Court ordered Plaintiff to file an amended complaint by January 14, 2011. The Court cautioned Plaintiff that "[f]ailure to file an amended complaint by this date will result in dismissal with prejudice." Plaintiff nevertheless failed to timely file an amended complaint.

Good cause appearing therefor, the Court hereby DISMISSES the complaint with prejudice. The clerk is directed to close this file.

IT IS SO ORDERED.

:

Initials of Preparer